## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Robert Clauson Vines
Asst. DA
300 Iberia St., #200
New Iberia LA 70560

Walter James Senette  Jr.
ADA 16th JDC
Courthouse Bldg. 5th floor
Franklin LA 70538

**REHEARING ACTION: December 28, 2007**

**Docket Number: 07   00119-CA**

**STATE OF LOUISIANA**
**VERSUS**
**RAPHAEL VALLOT, ET AL.**

**Appealed from Iberia Parish Case No. 105961-D**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Oswald A. Decuir**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

**DENIED.**

cc: John Kevin Stockstill, Counsel for the Appellee
    Daniel James Stanford, Counsel for the Appellee
    Pedros Ramos, In Proper Person
    J. Kevin Watson, Counsel for the Appellee